IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| IRMA J. SMITH, et al.,      ) <br>              Plaintiffs,    ) <br>    ) <br> UNITED STATES OF AMERICA,    ) <br>       Plaintiff-Intervenor,     ) <br>    ) <br>        v.      ) <br>    ) <br> CONCORDIA PARISH SCHOOL BOARD,   ) <br> et al.,    ) <br>    ) <br>        Defendants.    ) | CIVIL ACTION NO. 11,577 <br><br> ORDER |

      1.  On September 3, 1970, this Court entered an order approving a plan for the complete and immediate disestablishment of the dual school system in the Concordia Parish School District.

      2.  On June 11, 1971, the United States, plaintiff-intervenor herein, filed a motion with the Court alleging the continued operation by the school board of segregated buses and the assignment of students to classrooms within schools on the basis of race, and seeking an order requiring the school board to assign students to buses, classrooms and other activities on a desegregated and otherwise non-discriminatory basis.

3. Prior to a hearing in this matter counsel for all parties conferred and agreed to the granting of appropriate relief in this cause.

WHEREFORE, the Court having now considered the agreed upon relief, the school district's Report to the Court of October 14, 1970 and the record herein;

IT IS ORDERED that:

1. The defendant board of education, its members, employees, agents, successors and all those in active concert with them are hereby enjoined from discriminating on the basis of race in the operation of the Concordia Parish School District and from failing or refusing to take all reasonable and necessary steps to overcome the effects of prior discrimination.

2. The school district is prohibited from maintaining any classroom, non-classroom or extracurricular activity on a segregated basis so that no student is effectively excluded from attending any class or participating in any non-classroom or extracurricular activity on the basis of race, color or national origin. For the 1971-72 school year, the school district shall assign students to classes within schools so as to substantially approximate the number of students by race contained in Exhibit I attached

-2-

hereto, and made a part hereof, except that at no time during the course of the school year shall the school district maintain all black or all white classrooms. Nothing in this decree shall prohibit the school district from implementing programs designed for the remedial redress of deficiencies among educationally deprived students or for the purpose of overcoming the effects of prior discrimination.

3.  The transportation system of the school district shall be completely re-examined regularly by the superintendent, his staff, and the board.  Bus routes and the assignment of students to buses will be designed to insure the transportation of all eligible pupils on a non-segregated and otherwise non-discriminatory basis.  Where two equally efficient and economical routes are available in a given area of the school district, or where the choice of one route will not substantially affect the efficiency or operation of the transportation system, the route which would promote desegregation of buses shall be adopted rather than a route which would tend to maintain segregation.  For the 1971-72 school year, the school district shall assign students to buses so as to substantially approximate the numbers of students by race on the buses and routes contained in Exhibit II,

-3-

attached hereto and made a part hereof.

4. For the 1971-72 school year the physical plant facilities in the Ferriday Schools shall be utilized by the following grade assignments:

Grades 1-3 - FERRIDAY LOWER ELEMENTARY, formerly Ferriday Girls Elementary and prior to that Ferriday Elementary;

Grades 4-6 - FERRIDAY UPPER ELEMENTARY, formerly Ferriday Boys Elementary and prior to that Ernestine Washington Elementary;

Grade 7 - FERRIDAY SEVENTH GRADE, formerly Ferriday Girls High School and prior to that Sevier Junior High School;

Grade 8 - FERRIDAY EIGHTH GRADE SCHOOL, formerly Ferriday Girls Junior High School and prior to that Ferriday Junior High School;

Grades 9-10 - FERRIDAY NINTH GRADE SCHOOL, formerly Ferriday Vocational School and prior to that Sevier High School;

Grades 11-12 - FERRIDAY HIGH SCHOOL, formerly Ferriday Boys High School and prior to that Ferriday High School.

5. For the 1971-72 school year the physical plant facilities in the Vidalia Schools shall be utilized by the following grade assignments:

Grades 1-3 - VIDALIA LOWER ELEMENTARY SCHOOL, formerly Vidalia Boys Elementary and prior to that Vidalia Elementary;

Grades 4-6 - VIDALIA UPPER ELEMENTARY SCHOOL, formerly Vidalia Girls Elementary, and prior to that Vidalia Junior High School and prior to that Vidalia High School;

-4-

Grades 7-9 - VIDALIA JUNIOR HIGH SCHOOL, formerly Vidalia Boys High School, and prior to that Concord High School, which was also formerly known as Concordia Parish Training School;

Grades 10-12 - VIDALIA HIGH SCHOOL, formerly Vidalia Girls High School, and prior to that Vidalia High School.

6. Within 10 days following the commencement of the school year, the school district shall file with the court and serve upon counsel of record a report showing:

(a) the number of students, by race, and the race of the instructor for each class each period of the day for each school in the system, and

(b) the number of students, by race, and the race of the driver for each bus and bus route operated by the school system.

7. The clerk of the court is directed to mail a certified copy of this order to each counsel of record.

_____
Attorney for Plaintiffs

_____
Attorney for Plaintiff-Intervenor

_____
Attorney for Defendants

This the _____ day of _____, 1971.

_____
UNITED STATES DISTRICT JUDGE

# E X H I B I T   I

The following is the projected enrollment for the 1971-72 school year for the Vidalia Lower Elementary School, Ferriday Lower Elementary School and Ferriday Upper Elementary School.

## FERRIDAY LOWER ELEMENTARY

| Teacher Assignment | Student Assignment Black | White |
|---|---|---|
| W | 6 | 1 |
| W | 17 | 7 |
| B | 23 | 6 |
| B | 28 | 1 |
| B | 24 | 6 |
| W | 18 | 11 |
| W | 20 | 10 |
| B | 21 | 3 |
| B | 23 | 1 |
| W | 18 | 13 |
| B | 27 | 1 |
| B | 23 | 2 |
| B | 21 | 4 |
| W | 28 | 5 |
| B | 16 | 11 |
| W | 13 | 20 |
| B | 22 | 2 |

## FERRIDAY UPPER ELEMENTARY

| Teacher Assignment | | Student Assignment Black | White |
|---|---|---|---|
| W | Grade 4 | 15 | 12 |
| B | | 18 | 12 |
| W | | 19 | 10 |
| B | | 17 | 11 |
| W | | 21 | 5 |
| B | | 22 | 3 |

(continued)

## FERRIDAY UPPER ELEMENTARY

| Teacher Assignment | | Student Assignment Black | White |
|---|---|---|---|
| W | Grade 5 | 21 | 7 |
| B | | 21 | 6 |
| W | | 19 | 10 |
| B | | 20 | 9 |
| W | | 24 | 5 |
| B | | 26 | 4 |
| W | | 26 | 2 |
| B | | 24 | 3 |
| W | Grade 6 | 18 | 10 |
| B | | 19 | 7 |
| W | | 18 | 8 |
| B | | 19 | 9 |
| W | | 28 | 5 |
| B | | 28 | 2 |
| W | | 26 | 3 |
| B | | 19 | 1 |

## VIDALIA LOWER ELEMENTARY

| Teacher Assignment | | Student Assignment Black | White |
|---|---|---|---|
| B | Grade 1 | 18 | 5 |
| B | | 8 | 14 |
| B | | 10 | 14 |
| W | | 11 | 14 |
| W | | 11 | 13 |
| W | | 10 | 12 |
| B | Grade 2 | 10 | 14 |
| B | | 7 | 15 |
| B | | 9 | 15 |
| W | | 9 | 14 |
| W | | 9 | 14 |
| W | | 9 | 14 |
| B | Grade 3 | 11 | 17 |
| B | | 11 | 17 |
| W | | 11 | 16 |
| W | | 10 | 15 |

## EXHIBIT II

The following is a list of the bus drivers, by the area of the parish which they serve, and the number of students by race which each bus driver will transport for the 1971-72 school year.

### MONTEREY AREA

| BUS DRIVER | RACE | BLACK STUDENTS | WHITE STUDENTS |
|---|---|---|---|
| 1. Dorothy Crumb | P | 10 | 35 |
| 2. Minnie Tiffie | W | 7 | 50 |
| 3. Amos Crouch | W | 2 | 45 |
| 4. Preston Welsh | W | 6 | 47 |
| 5. Clay Paul | W | 0 | 55 |
| 6. Maurice Willson | W | 3 | 40 |
| 7. Cicero Finley, Sr. | B | 25 | 25 |
| 8. New bus (public) | | 25 | 25 |
| 9. Mattie Eames | W | 15 | 38 |
| 10. Molly Beard | W | 2 | 44 |
| 11. Roy Kemp | W | 0 | 10 |

### VIDALIA AREA

| BUS DRIVER | RACE | BLACK STUDENTS | WHITE STUDENTS |
|---|---|---|---|
| 1. William White | W | 25 | 23 |
| 2. Johnnie Brazell | W | 25 | 23 |
| 3. Goldie Brazell | W | 8 | 6 |

Vidalia Area (continued)

| BUS DRIVER | RACE | BLACK STUDENTS | WHITE STUDENTS |
|---|---|---|---|
| 4. Walter Whittington | W | 1. 3<br>2. 0 | 60<br>50 |
| 5. Wilbur Lemoine | W | 1. 0<br>2. 0 | 56<br>65 |
| 6. Albert Brown | B | 1. 20<br>2. 45<br>3. 19 | 35<br>10<br>9 |
| 7. J. B. Carter | W | 1. 8<br>2. 0 | 50<br>70 |
| 8. William Willis | W | 1. 20<br>2. 38 | 40<br>19 |
| 9. Arthur Perkins | B | 1. 67<br>2. 32 | 0<br>10 |
| 10. Mrs. Charles Moffett | W | 1. 68<br>2. 25 | 0<br>35 |
| 11. Willie Rogers | | 0 | 11 |

## FERRIDAY AREA

| BUS DRIVER | RACE | BLACK STUDENTS | WHITE STUDENTS |
|---|---|---|---|
| 1. Agnes Brashier | W | 38 | 4 |
| 2. William Page | B | 1. 37<br>2. 52 | 6<br>0 |
| 3. Eli Matthews | B | 1. 35<br>2. 54 | 10<br>0 |
| 4. Anthony McCraney | W | 1. 22<br>2. 38 | 20<br>0 |

Ferriday Area (continued)

| BUS DRIVER | RACE | BLACK STUDENTS | | WHITE STUDENTS |
|---|---|---|---|---|
| 5. Bob Smith | | | 17 | 33 |
| 6. Clerel White | W | | 29 | 40 |
| 7. Luther White | W | | 33 | 18 |
| 8. Marjorie Lacroix | W | | 38 | 12 |
| 9. Edwina Halford | | 1. | 11 | 22 |
| | | 2. | 45 | 3 |
| 10. James Brown | B | 1. | 38 | 1 |
| | | 2. | 44 | 0 |
| 11. W. H. Halford | | | 13 | 47 |
| 12. Richard Jellmon | B | 1. | 60 | 0 |
| | | 2. | 44 | 0 |
| 13. Cicero Finley, Jr. | B | 1. | 46 | 0 |
| | | 2. | 40 | 0 |
| 14. Frances Netherland | W | 1. | 10 | 42 |
| | | 2. | 10 | 33 |
| 15. Coley Wells | B | 1. | 36 | 0 |
| | | 2. | 30 | 0 |
| 16. Waddel Turner | B | 1. | 58 | 0 |
| | | 2. | 23 | 0 |
| 17. Getici Potts | W | 1. | 6 | 15 |
| | | 2. | 10 | 22 |
| 18. Arthur Lee Smith | B | 1. | 40 | 7 |
| | | 2. | 33 | 0 |
| 19. Leroy Williams | B | 1. | 55 | 0 |
| | | 2. | 43 | 0 |
| 20. Marshall Johns | W | | 12 | 42 |
| 21. James White | B | 1. | 50 | 8 |
| | | 2. | 28 | 0 |

## Ferriday Area (continued)

| BUS DRIVERS | RACE | BLACK STUDENTS | | WHITE STUDENTS |
|---|---|---|---|---|
| 22. Jesse Lewis | B | 1. | 25 | 10 |
| | | 2. | 51 | 0 |
| 23. Mary Loomis | W | | 27 | 14 |
| 24. Fred Houghton | W | | 6 | 44 |
| 25. Robert Lee, Jr. | B | 1. | 60 | 0 |
| | | 2. | 36 | 10 |
| 26. L. V. Schneider | B | 1. | 50 | 0 |
| | | 2. | 35 | 10 |
| | | 3. | 32 | 0 |
| 27. Albert Parker | | 1. | 52 | 5 |
| | | 2. | 60 | 0 |

## RIDGECREST AREA

| BUS DRIVERS | RACE | BLACK STUDENTS | | WHITE STUDENTS |
|---|---|---|---|---|
| 1. Lucille Ellis | W | 1. | 0 | 42 |
| | | 2. | 0 | 38 |
| 2. Ralph Martin | W | 1. | 43 | 0 |
| | | 2. | 0 | 52 |
| 3. Geneva Jarver | W | 1. | 0 | 51 |
| | | 2. | 0 | 61 |

## CLAYTON AREA

| BUS DRIVERS | RACE | BLACK STUDENTS | | WHITE STUDENTS |
|---|---|---|---|---|
| 1. James Lee | B | 1. | 43 | 0 |
| | | 2. | 51 | 0 |
| 2. George Loomis | W | 1. | 11 | 4 |
| | | 2. | 7 | 35 |