UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| IRMA J. SMITH, ET AL. | PLAINTIFFS |
| AND | |
| UNITED STATES OF AMERICA | PLAINTIFF-INTERVENOR |
| V. | CIVIL ACTION NO. 1:65-CV-11577 |
| CONCORDIA PARISH SCHOOL BOARD, ET AL. | DEFENDANTS |

### ORDER GRANTING MOTION OF DELTA CHARTER GROUP TO ENROLL KINDERGARTEN STUDENTS

Before the Court is the Unopposed Motion of Delta Charter Group to Enroll Kindergarten Students. []. Delta seeks to enroll two white Kindergarten students over the 1:1 ratio currently required by the 2018 Enrollment Process. The Court, being fully advised in the premises, finds the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that Delta Charter Group is granted permission to extend admission offers to one additional black Kindergarten student and two additional white Kindergarten students. Specifically, the Court notes that while Delta may extend admission offers to the two additional white students over the 1:1 ration, waiver of the requirement that a 1:1 enrollment ratio be maintained is limited to the 2025-2026 school year.

SO ORDERED, this 4th day of June, 2025 AT ALEXANDRIA, LA

_____
DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT