UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

---

| | |
|---|---|
| **VERNON SMITH ET AL** | **CASE NO. 1:65-cv-11577** |
| -vs- | **JUDGE DRELL** |
| **SCHOOL BOARD OF CONCORDIA PARISH** | **MAGISTRATE JUDGE PEREZ-MONTES** |

---

### O R D E R

The Court appreciates the offer of The NAACP Legal Defense and Educational Fund, Inc. ("LDF") and the Louisiana State Conference of the NAACP ("Louisiana NAACP") to appear in this case as *amici curiae*. After considering the request, the Court finds that *amici curiae* input is not necessary at this time. Should issues before the Court warrant it at a later time, the Court may reconsider. No further action is necessary on behalf of the proposed *amici curiae*.

THUS DONE AND SIGNED at Alexandria, Louisiana this 11 day of July 2025.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT