**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| IRMA J. SMITH, *et al.*,<br>Plaintiffs,<br><br>and<br><br>UNITED STATES OF AMERICA,<br>Plaintiff-Intervenor,<br>v.<br><br>CONCORDIA PARISH SCHOOL BOARD, *et al.*,<br>Defendants,<br><br>and<br><br>DELTA CHARTER GROUP, INC., | No. 1:65-cv-11577<br><br>JUDGE DEE D. DRELL<br><br>MAGISTRATE JUDGE<br>JOSEPH H.L. PEREZ-MONTES |

**<u>JOINT STIPULATION OF DISMISSAL</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby jointly and voluntarily stipulate to dismiss this action *with* prejudice. To the extent Delta Charter Group, Inc. (as intervenor) is considered a party for purposes of Rule 41(a)(1)(A)(ii), Delta Charter Group, Inc. joins this stipulation.

Dated: August 15, 2025

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
United States of America

GREGORY W. BROWN
Deputy Assistant Attorney General
United States of America

PETER FEAMAN
Senior Counsel

ELIZABETH B. MURRILL
Attorney General
State of Louisiana

*<u>/s/ Morgan Brungard</u>*
MORGAN BRUNGARD (LA 40298)
Deputy Solicitor General
Louisiana Department of Justice
Office of the Attorney General
1885 N. Third St.

Acting Section Chief
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

<u>*/s/ Andrew M. Darlington*</u>
ANDREW M. DARLINGTON (FL 1018895)
Senior Counsel
Acting Section Chief

*Counsel for United States*

<u>*/s/ John S. Hooks*</u>
JOHN S. HOOKS (MS 99175)
*Admitted Pro Hac Vice*
Adams and Reese LLP
1018 Highland Colony Pkwy., Ste. 800
Ridgeland, MS 39157
Telephone: 601.353.3234
E-mail: John.Hooks@arlaw.com

LEE C. REID (LA 26481)
Adams and Reese LLP
701 Poydras St., Suite 4500
New Orleans, LA 70139
Telephone: 504.581.3234
E-mail: Lee.Reid@arlaw.com

*Counsel for Delta Charter Group, Inc.*

Baton Rouge, LA 70802
(225) 999-6864
BrungardM@ag.louisiana.gov

ROBERT L. HAMMONDS
Louisiana Bar Roll No. 6484
PAMELA WESCOVICH DILL
Louisiana Bar Roll No. 31703
JOHN RICHARD BLANCHARD
Louisiana Bar Roll No. 37036
TIMOTHY J. RIVERIA
Louisiana Bar Roll No. 39585
JOHN SCOTT THOMAS
Louisiana Bar Roll No. 22635

HAMMONDS, SILLS, ADKINS, GUICE, NOAH & PERKINS LLP
2431 S. Acadian Thruway, Suite 600
Baton Rouge, LA 70808
Telephone (225) 923-3462
Facsimile (225) 923-0315

*Counsel for Defendants*