**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **IRMA J. SMITH, ET AL.** | **PLAINTIFFS** |
| **AND** | |
| **UNITED STATES OF AMERICA** | **PLAINTIFF-INTERVENOR** |
| **V.** | **CIVIL ACTION NO. 1:65-CV-11577** |
| **CONCORDIA PARISH SCHOOL BOARD, ET AL.** | **DEFENDANTS** |

**Motion of Delta Charter Group to Dissolve Consent Decrees**

Intervenor Delta Charter Group ("Delta") respectfully requests the Court dissolve the 2013, 2017, and 2018 Consent Decrees and dismiss Delta Charter Group from this case with prejudice. Delta incorporates the reasons in the Memorandum in Support of the Motion filed contemporaneously. In support of its Motion, Delta also submits the following exhibit:

Exhibit 1:   Student Enrollment as of August 29, 2025.

The Concordia Parish School Board takes no position on Delta's motion. As of the time of filing, the United States has not provided its position.

Respectfully submitted, this 29th day of August, 2025.

| | |
|---|---|
| /s/ Lee C. Reid | /s/ John S. Hooks |
| Lee C. Reid | John S. Hooks |
| LA Bar No. 26481 | MS Bar No. 99175 |
| Adams and Reese LLP | *Admitted Pro Hac Vice* |
| 701 Poydras St., Suite 4500 | Adams and Reese LLP |
| New Orleans, LA 70139 | 1018 Highland Colony Pkwy., Ste. 800 |
| Telephone: 504.581.3234 | Ridgeland, MS 39157 |
| E-mail: lee.reid@arlaw.com | Telephone: 601.353.3234 |
| | E-mail: John.Hooks@arlaw.com |

***Counsel for Delta Charter Group, Inc.***

### Certificate of Service

I do hereby certify that I have served a copy of the foregoing pleading by electronic filing pursuant to Rule 5.7 on all counsel of record on the 29th day of August, 2025.

s/ John S. Hooks