*District: W4A*  
*Ethnic/Gender by School*

# Student Membership

As Of 2025-08-29. Year 2526

*08/29/2025 10:41 AM*  
*01.24.2025*

| Dist | Sch | Site | W M | W F | W Sum | W % | B M | B F | B Sum | B % | H M | H F | H Sum | H % | A M | A F | A Sum | A % | AI M | AI F | AI | AI % | H/P M | H/P F | H/P | H/P % | Total M | Total M% | Total F | Total F% | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W4A | 001 | DELTA CHARTER SCHOOL | 165 | 150 | 315 | 58.9 | 103 | 111 | 214 | 40 | 4 | 2 | 6 | 1.1 | | | | | | | | | | | | | 272 | 50.8 | 263 | 49.2 | 535 |
| W4A | ? | Other | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Total | 165 | 150 | 315 | 58.9 | 103 | 111 | 214 | 40 | 4 | 2 | 6 | 1.1 | | | | | | | | | | | | | 272 | 50.8 | 263 | 49.2 | 535 |

**EXHIBIT 1**