UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| IRMA J. SMITH, ET AL. | PLAINTIFFS |
| AND | |
| UNITED STATES OF AMERICA | PLAINTIFF-INTERVENOR |
| V. | CIVIL ACTION NO. 1:65-CV-11577 |
| CONCORDIA PARISH SCHOOL BOARD, ET AL. | DEFENDANTS |

[PROPOSED] ORDER

Before the Court is the motion of Intervenor Delta Charter Group, Inc. to dissolve its Consent Decrees in this matter. [442]. The Court finds the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that the 2013, 2017, and 2018 Consent Decrees as to Delta Charter Group, Inc. are hereby dissolved and dismissed with prejudice.

SO ORDERED, this __ day of September, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE