UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **VERNON SMITH ET AL** | **CASE NO. 65-cv-11577** |
| -vs- | **JUDGE DRELL** |
| **SCHOOL BOARD OF CONCORDIA PARISH** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## ORDER

On November 12, 2025, the President of the United States signed a bill into law, officially bringing an end to the 43-day government shutdown. In light thereof, it is

ORDERED the stay of these proceedings is LIFTED. Further,

We have prepared and issued "Reasons for Ruling," and we find this case not to be ripe for granting of the jointly filed motion for dismissal at this time. Therefore, it is further

ORDERED that an evidentiary hearing is SET on January 9, 2026 at 10:30 a.m. for Delta Charter School to present evidence that it has complied with its obligations under the earlier order authorizing its operation (Doc. 41). It is further

ORDERED that a hearing is SET on February 5, 2026 at 1:30 p.m. for the Concordia Parish School Board to present evidence of compliance with the <u>Green</u> factors sufficient to establish unitary status and therefore to warrant dismissal of this action in its entirety. All members of the Concordia Parish School Board SHALL BE PRESENT.

All remaining parties may present evidence.

The Special Master, Dr. Percy Bates, may participate and testify by Zoom.

THUS DONE AND SIGNED at Alexandria, Louisiana this 19th day of November 2025.

                                              DEE D. DRELL, SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT