# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| IRMA J. SMITH, *et al.*,<br>  Plaintiffs,<br><br>and<br><br>UNITED STATES OF AMERICA,<br>  Plaintiff-Intervenor,<br>v.<br><br>CONCORDIA PARISH SCHOOL BOARD, *et al.*,<br>  Defendants,<br><br>and<br><br>DELTA CHARTER GROUP, INC., | No. 1:65-cv-11577<br><br>JUDGE DEE D. DRELL<br><br>MAGISTRATE JUDGE<br>JOSEPH H.L. PEREZ-MONTES |

## **NOTICE OF APPEAL**

**NOTICE IS HEREBY GIVEN** that Defendants appeal to the United States Court of Appeals for the Fifth Circuit from the Ruling (ECF No. 460) and Order (ECF No. 461) entered on November 19, 2025.

Dated: November 25, 2025               Respectfully submitted,

 

                                             ELIZABETH B. MURRILL
                                             Attorney General

                                             MORGAN BRUNGARD (LA 40298)
                                             Deputy Solicitor General
                                             Louisiana Department of Justice
                                             Office of the Attorney General
                                             1885 N. Third St.
                                             Baton Rouge, LA 70802
                                             (225) 999-6864
                                             BrungardM@ag.louisiana.gov

/s/ John Richard Blanchard
ROBERT L. HAMMONDS
Louisiana Bar Roll No. 6484
PAMELA WESCOVICH DILL
Louisiana Bar Roll No. 31703
JOHN RICHARD BLANCHARD
Louisiana Bar Roll No. 37036
TIMOTHY J. RIVERIA
Louisiana Bar Roll No. 39585
JOHN SCOTT THOMAS
Louisiana Bar Roll No. 22635
HAMMONDS, SILLS, ADKINS, GUICE, NOAH & PERKINS LLP
2431 S. Acadian Thruway, Suite 600
Baton Rouge, LA 70808
Telephone (225) 923-3462
Facsimile (225) 923-0315

*Counsel for Defendants*