# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 14, 2026

Honorable Dee D. Drell
U.S. District Court, Western District of Louisiana
515 Murray Street
Suite 233
Alexandria, LA 71301

        No. 26-30074    In re: School Board of Concordia Parish
                        USDC No. 1:65-CV-11577

Dear Judge Drell:

I enclose a Writ of Mandamus directed to you.

                Sincerely,

                LYLE W. CAYCE, Clerk

                *Melissa Mattingly*

                By: _____
                Melissa V. Mattingly, Deputy Clerk
                504-310-7719

cc w/encl:
    Ms. Morgan Brungard
    Mr. Daniel J. McCoy

# United States Court of Appeals for the Fifth Circuit

_____

No. 26-30074

_____

United States Court of Appeals
Fifth Circuit

**FILED**

July 14, 2026

Lyle W. Cayce
Clerk

IN RE SCHOOL BOARD OF CONCORDIA PARISH

*Petitioner.*

## WRIT OF MANDAMUS

To the Honorable Dee Drell, Judge of the United States District Court for the Western District of Louisiana:

The United States Court of Appeals for the Fifth Circuit GRANTED the petition for writ of mandamus on July 14, 2026.

You are hereby ORDERED to vacate the Memorandum Ruling and subsequent order scheduling evidentiary hearings.

Done this day, July 14, 2026.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT