**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

---

| | |
|---|---|
| **VERNON SMITH ET AL** | **CASE NO. 65-cv-11577** |
| **-vs-** | **JUDGE DRELL** |
| **SCHOOL BOARD OF CONCORDIA PARISH** | **MAGISTRATE JUDGE PEREZ-MONTES** |

---

**ORDER**

The Fifth Circuit Court of Appeals, having ordered the issuance of a Writ of Mandamus to the following effect, it is

ORDERED that this Court's November 19, 2025 Ruling fixing a hearing (Doc. 460) is hereby VACATED and;

The Fifth Circuit Court of Appeals having found that the case has ended and jurisdiction is lost:

All pending motions are DENIED as MOOT and this case is CLOSED.

THUS DONE AND SIGNED at Alexandria, Louisiana this 8th day of September 2026.

**DEE D. DRELL, SENIOR JUDGE**
**UNITED STATES DISTRICT COURT**